IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WHITEY-TAMATUMUA CHEN,
    Plaintiff

v.

WARDEN RONNIE HOLT, ET AL.,
    Defendants

CIVIL NO. 3:12-CV-1817

(JUDGE NEALON)
(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, THIS 29th DAY OF JANUARY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 8) is **ADOPTED**;

2. The complaint, (Doc. 1), is **DISMISSED**;

3. Plaintiff's motion for leave to file an amended complaint, (Doc. 12), is **GRANTED**;

4. The Clerk of Courts is directed to **REDOCKET** Plaintiff's motion for leave to file an amended complaint, (Doc. 12), as an amended complaint;

5. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 2), is **GRANTED**;

6. This matter is **REMANDED** to Magistrate Judge Carlson for further proceedings; and

7. Any appeal will be deemed frivolous, without probable cause, and not taken in good faith.

FILED
SCRANTON
JAN 29 2013

PER _____
    DEPUTY CLERK

_____
United States District Judge